UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                          )
ADVANCED METAL CRAFT, INC.      )    CASE NO. 11-26100 EEB
EIN: XX-XXX6587                 )    Chapter 7
Debtor.                         )

ORDER TO APPROVE SALE

The Court, having reviewed the motion herein, hereby finds
the following

The trustee's motion to approve the sale of non exempt
assets to Danny Jenson is proper and that the necessary parties
of the estate have been properly notified and no objections have
been filed.

IT IS THEREFORE ORDERED that the trustee, Paul T. Gefreh is
authorized to sell all of the machinery, equipment and supplies
of the bankruptcy estate to Danny Jenson for $4,000.00.

_____
Bankruptcy Court Judge      (Date)